**FLANIGAN'S ENTERPRISES, INC OF GEORGIA, Fantastic Visuals, LLC, Plaintiffs-Appellants,**

**Melissa Davenport, Marshall G. Henry, Intervenors-Plaintiffs-Appellants,**

v.

**CITY OF SANDY SPRINGS, GEORGIA, Defendant-Appellee.**

No. 14-15499

United States Court of Appeals, Eleventh Circuit.

Date Filed: 03/14/2017

Cary Stephen Wiggins, Wiggins Law Group, ATLANTA, GA, for Plaintiffs-Appellants.

Craig Goodmark, Goodmark Law Firm, LLC, DECATUR, GA, Gerald Richard

Weber, Jr., Law Offices of Gerry Weber, LLC, ATLANTA, GA, Adam Brett Wolf, Peiffer Rosca Wolf Abdullah Carr & Kane, LLP, SAN FRANCISCO, CA, for Intervenors-Appellants.

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.*

BY THE COURT:

A petition for rehearing en banc having been filed, a member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor of granting rehearing en banc,

It is ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.